

# United States District Court
# Eastern District of California

| Tanya Fitzpatrick | Case Number: 2:22-cv-00312-MCE-DB |

Plaintiff(s)

V.

| Capital One Financial Corporation |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren Kuhlik hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Tanya Fitzpatrick

On 9/5/2019 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/25/2022          Signature of Applicant: /s/ Lauren Kuhlik

**Pro Hac Vice Attorney**

Applicant's Name: Lauren Kuhlik
Law Firm Name: Tycko & Zavareei LLP
Address: 1828 L Street NW
Suite 1000
City: Washington  State: DC  Zip: 20036
Phone Number w/Area Code: (202) 973-0900
City and State of Residence: Washington, D.C.
Primary E-mail Address: lkuhlik@tzlegal.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Hassan A. Zavareei
Law Firm Name: Tycko & Zavareei LLP
Address: 1828 L Street NW
Suite 1000
City: Washington  State: DC  Zip: 20036
Phone Number w/Area Code: (202) 973-0900  Bar #: 456161

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 22, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE