

United States District Court
Eastern District of California

| Tanya Fitzpatrick | | Case Number: | 2:22-cv-00312-MCE-DB |

Plaintiff(s)

V.

Capital One Bank (USA), N.A.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Soukup hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Capital One Bank (USA), N.A.

On 06/07/2010 (date), I was admitted to practice and presently in good standing in the D.C. Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Kamlade v. LEO Pharma Inc., No. 1:21-CV-00522, application filed 04/14/21, granted 4/15/21

Aviles v. Proctor & Gamble Co., No. 2:21-cv-02108, application filed 11/29/21, granted 11/30/21

Date: 03/24/2022          Signature of Applicant: /s/ Andrew Soukup

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Soukup |
| Law Firm Name: | Covington & Burling LLP |
| Address: | One CityCenter |
| | 850 Tenth St NW |
| City: | Washington    State: DC    Zip: 20001 |
| Phone Number w/Area Code: | (202) 662-5066 |
| City and State of Residence: | McLean, VA |
| Primary E-mail Address: | asoukup@cov.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ashley M. Simonsen |
| Law Firm Name: | Covington & Burling LLP |
| Address: | 1999 Avenue of the Stars |
| City: | Los Angeles    State: CA    Zip: 90067-4643 |
| Phone Number w/Area Code: | (424) 332-4782    Bar #: 275203 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 03/31/2022

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE