UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA FITZPATRICK, on behalf of
herself and all persons similarly situated,

     Plaintiff,

     v.

CAPITAL ONE BANK (USA), N.A.,

     Defendant.

Civil Case No.: 2:22-cv-00312-MCE-DB

**ORDER GRANTING JOINT STIPULATION
TO EXTEND CASE DEADLINES**

Honorable Morrison C. England, Jr.

Pursuant to stipulation, and for good cause shown, the Court orders as follows:

1.      The parties' deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to two (2) weeks after Capital One responds to Plaintiff's Third Amended Complaint.  If Capital One files a motion to dismiss the Third Amended Complaint, then the parties' deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to two (2) weeks after the Court rules on that motion to dismiss.

2.      The parties' deadline to file objections to the Initial Pretrial Scheduling Order shall be extended to four (4) weeks after Capital One responds to Plaintiff's Third Amended Complaint.  If Capital One files a motion to dismiss the Third Amended Complaint, then the parties' deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to four (4) weeks after the Court rules on that motion to dismiss.

3.      All other existing case deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  November 16, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE