1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FITZPATRICK, on behalf of herself and all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Civil Case No.: 2:22-cv-00312-MCE-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Honorable Morrison C. England, Jr. |

Pursuant to stipulation, and for good cause shown, the Court orders as follows:

1. Defendant Capital One Bank (USA), N.A.'s motion to dismiss Plaintiff's Third Amended Complaint shall be filed on or before December 15, 2022.

2. Plaintiff's opposition to Capital One's motion to dismiss shall be filed on or before January 12, 2023.

3. Capital One's reply in support of its motion to dismiss shall be filed on or before February 2, 2023.

IT IS SO ORDERED.

Dated: November 28, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE